GEORGE W. ROBERTS et al., Appellants, *v.* ALONZO L. ROBERTS et al., Respondents.

*Roberts* v. *Roberts*, 134 App. Div. 816, reversed.
(Submitted December 6, 1911; decided December 22, 1911.)

APPEAL from an order of the Appellate Division of the Supreme Court in the fourth judicial department, entered November 17, 1909, reversing a judgment in favor of plaintiffs entered upon a decision of the court at a Trial Term without a jury, and granting a new trial in an action to recover rent alleged to be due under a lease.

*John B. Rogers* for appellants.

*Thomas Burns* for respondents.

Order of Appellate Division reversed and judgment of Trial Term affirmed, with costs in both courts, on dissenting opinion of McLENNAN, P. J., below.

Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WERNER, WILLARD BARTLETT and CHASE, JJ.